IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| eXp REALTY, LLC and SUBURBAN REALTORS ALLIANCE<br><br>v.<br><br>BOROUGH OF GLENOLDEN, BRIAN RAZZI, ANTHONY TARTAGLIA, and COMMONWEALTH CODE ENFORCEMENT, INC. | CIVIL ACTION<br><br>NO. 23-4287 |

### ORDER RE: MOTIONS TO DISMISS

**AND NOW** this 25th day of April 2024, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant Borough of Glenolden and Brian Razzi's Motion to Dismiss Plaintiffs' Complaint (ECF 16) and Defendant Anthony Tartaglia and Commonwealth Code Enforcement, Inc.'s Motion to Dismiss Plaintiffs' Complaint (ECF 26) are **GRANTED** without prejudice and with leave to amend within 14 days.  The default entered against Defendants Anthony Tartaglia and Commonwealth Code Enforcement, Inc. (ECF 21) is hereby **VACATED.**

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 23\23-4287 eXp Relaty v Boro of Glenolden\23cv4287 Order re Motion to Dismiss.doc